**Weinstein & Riley, P.S.**
2001 Western Ave., Suite 400
Seattle, WA 98121
Telephone: (206) 269-3490

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY (TRENTON)

| | |
|---|---|
| In re:<br>Barbara Christel<br>        Debtor.<br><br><br>SSN # XXX-XX-8886 | CHAPTER 13<br>CASE NO. 19-11107-MBK<br><br>NOTICE OF WITHDRAWAL OF<br>PROOF OF CLAIM |

TO: Attorney for the Debtor: Kirsten B. Ennis
TO: Clerk of the Court

1. A proof of claim was electronically filed on behalf of Prosper Marketplace Inc., for account # **XX0854**, in the amount of $8,620.04 docketed by the court on **March 28, 2019**, claim number 16.
2. You are notified that such proof of claim is hereby withdrawn pursuant to Bankruptcy Rule 3006.

DATED:   May 22, 2019

                                                                     **Weinstein & Riley, P.S.**

                                                                     /s/ Jordan Morrison
                                                                     Jordan Morrison, Supervisor
                                                                     Representative for Prosper Marketplace Inc.
                                                                     2001 Western Ave., Suite 400
                                                                     Seattle, WA 98121
                                                                     Telephone: (877) 332-3543
                                                                     Email: bncmail@w-legal.com

**Weinstein & Riley, P.S.**
2001 Western Ave., Suite 400
Seattle, WA 98121
Telephone: (206) 269-3490

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY (TRENTON)

| | |
|---|---|
| In re:<br>Barbara Christel<br>        Debtor.<br><br><br>SSN # XXX-XX-8886 | CHAPTER 13<br>CASE NO. 19-11107-MBK |

CERTIFICATE OF SERVICE

I, Poonsri Wallace, HEREBY CERTIFY under penalty of perjury pursuant to 28 U.S.C. Sec. 1746 that a true and correct copy of the foregoing Notice of Withdrawal of Proof of Claim Number 16 was electronically filed using the Court's ECF system which will send notification of such filing, or by first class mail, postage pre-paid, on May 22, 2019 to the following parties:

Trustee via E-Filing
ALBERT RUSSO
docs@russotrustee.com

Debtors' Counsel via E-Filing
KIRSTEN B ENNIS
pacerecf@ennislegal.com

U.S. Trustee via E-Filing
US TRUSTEE
USTPRegion03.NE.ECF@usdoj.gov

Dated: May 22, 2019

/s/ Poonsri Wallace
Poonsri Wallace