UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DENISE CARLON, ESQUIRE
KML LAW GROUP, PC
Sentry Office Plz
216 Haddon Ave.
Suite 406
Westmont, NJ 08018
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
Quicken Loans, Inc.

In Re:

Barbara Christel,

Debtor.

Case No.:      19-11107-MBK

Chapter:      13

Hearing Date:      5/28/2019

Judge:      Kaplan

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒ Settled        ☐ Withdrawn

Matter: Motion for Relief from Stay re: 678 Hawthorne Ave (Docket # 19)

_____

Date: 5/24/2019                    /s/ Denise Carlon
                                    Signature

*rev.8/1/15*