UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DENISE CARLON, ESQUIRE
KML LAW GROUP, PC
Sentry Office Plz
216 Haddon Ave.
Suite 406
Westmont, NJ 08018
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
Quicken Loans, Inc

In Re:

Barbara Christel

Case No.: __19-11107 MBK__

Chapter: __13__

Hearing Date: _____

Judge: __Michael B. Kaplan__

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☐ Settled    ☒ Withdrawn

Matter: Notice of Postpetition Mortgage Fees, Expenses, and Charges; claim number 2

Filed on May 31, 2019

Date: 6/10/19

/s/ Denise Carlon
Signature

*rev.8/1/15*