UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY (TRENTON)

In re:
Barbara Christel
          Debtor.

SSN # XXX-XX-8886

Chapter 13
CASE NO. 19-11107

NOTICE OF WITHDRAWAL OF
PROOF OF CLAIM

TO: Attorney for the Debtor: Kirsten B Ennis
TO: Clerk of the Court

1. A proof of claim was electronically filed on behalf of Prosper Funding LLC, for account # **XX0202**, in the amount of $12,075.72 docketed by the court on **March 28, 2019**, claim number 17.
2. You are notified that such proof of claim is hereby withdrawn pursuant to Bankruptcy Rule 3006.

DATED:  July 19, 2019

**Weinstein & Riley, P.S.**

/s/ Jordan Morrison
Jordan Morrison
2001 Western Ave, Ste 400
Seattle, WA, 98121
(877) 332 3543
bncmail@w-legal.com

**Weinstein & Riley, P.S.**
11 Broadway, Suite 615
New York, NY 10004
Telephone: 2122685540

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY (TRENTON)

| | |
|---|---|
| In re:<br>Barbara Christel<br>         Debtor.<br><br><br>SSN # XXX-XX-8886 | CHAPTER Chapter 13<br>CASE NO. 19-11107 |

CERTIFICATE OF SERVICE

I, Thomas Young, HEREBY CERTIFY under penalty of perjury pursuant to 28 U.S.C. Sec. 1746 that a true and correct copy of the foregoing Notice of Withdrawal of Proof of Claim Number 17 was electronically filed using the Court's ECF system which will send notification of such filing, or by first class mail, postage pre-paid, on July 19, 2019 to the following parties:

Trustee via E-Filing
ALBERT RUSSO
docs@russotrustee.com

Debtors' Counsel via E-Filing
KIRSTEN B ENNIS
pacerecf@ennislegal.com

U.S. Trustee via E-Filing
US TRUSTEE
USTPRegion03.NE.ECF@usdoj.gov

Dated: July 19, 2019

/s/ Thomas Young
Thomas Young