| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| CN 4853 | PO Box 933 |
| Trenton, NJ  08650 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS

Activity for the period from 01/01/2019 to 12/31/2019
### Chapter 13 Case No. 19-11107 / MBK

Barbara Christel

Petition Filed Date: 01/17/2019
341 Hearing Date: 02/14/2019
Confirmation Date: 07/09/2019

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/30/2019 | $1,375.00 | 55788680 | 03/01/2019 | $1,375.00 | 56605980 | 04/12/2019 | $1,375.00 | 57787860 |
| 05/02/2019 | $1,375.00 | 58274110 | 05/28/2019 | $1,375.00 | 58897570 | 07/01/2019 | $1,375.00 | 59702500 |
| 07/30/2019 | $1,375.00 | 60492900 | 08/26/2019 | $1,375.00 | 61218030 | 10/01/2019 | $1,375.00 | 62154720 |
| 10/01/2019 | ($1,375.00) | 62154720 | 10/01/2019 | $1,375.00 | 62154720 | 10/29/2019 | $1,375.00 | 62865110 |
| 12/03/2019 | $1,375.00 | 63625070 | 12/30/2019 | $1,375.00 | 64387840 | | | |

**Total Receipts for the Period: $16,500.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $17,875.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | Barbara Christel | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | Kirsten B. Ennis<br>»»  ATTY DISCLOSURE | Attorney Fees | $2,750.00 | $2,750.00 | $0.00 |
| 1 | AMERICAN EXPRESS NATIONAL BANK, AENB | Unsecured Creditors | $38,924.22 | $0.00 | $38,924.22 |
| 2 | QUICKEN LOANS INC<br>»»  P/678 HAWTHORNE AVE/1ST MTG/ORDER 3/22/19 | Mortgage Arrears | $21,506.37 | $12,156.11 | $9,350.26 |
| 3 | U.S. DEPARTMENT OF EDUCATION<br>»»  STUDENT LOAN | Unsecured Creditors | $272,273.83 | $0.00 | $272,273.83 |
| 4 | INTERNAL REVENUE SERVICE<br>»»  2015,2018 | Priority Crediors | $33,670.13 | $0.00 | $33,670.13 |
| 5 | INTERNAL REVENUE SERVICE | Unsecured Creditors | $5,480.14 | $0.00 | $5,480.14 |
| 6 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $570.86 | $0.00 | $570.86 |
| 7 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $2,353.44 | $0.00 | $2,353.44 |
| 8 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $6,213.75 | $0.00 | $6,213.75 |
| 9 | ASHLEY FUNDING SERVICES, LLC<br>»»  LAB CORP | Unsecured Creditors | $66.91 | $0.00 | $66.91 |
| 10 | BENCHMARK FEDERAL CREDIT UNION<br>»»  2017 MERCEDES GLC | Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| 11 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»»  PROSPER | Unsecured Creditors | $8,620.04 | $0.00 | $8,620.04 |
| 12 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  ADVANTAGE AVIATOR BLUE | Unsecured Creditors | $8,695.96 | $0.00 | $8,695.96 |
| 13 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  TJX | Unsecured Creditors | $1,961.54 | $0.00 | $1,961.54 |

| | | | | | |
|---|---|---|---|---|---|
| 14 | PORTFOLIO RECOVERY ASSOCIATES<br>»» TJX | Unsecured Creditors | $374.66 | $0.00 | $374.66 |
| 15 | LVNV FUNDING LLC<br>»» WEBBANK/PROSPER/RIVERNORTH | Unsecured Creditors | $12,075.72 | $0.00 | $12,075.72 |
| 16 | BENCHMARK FEDERAL CREDIT UNION<br>»» PERSONAL LOAN | Unsecured Creditors | $14,185.75 | $0.00 | $14,185.75 |
| 17 | PROSPER MARKETPLACE INC.<br>»» WD 5/22/2019 | Unsecured Creditors<br>No Disbursements: Withdrawn | $0.00 | $0.00 | $0.00 |
| 18 | PROSPER MARKETPLACE INC.<br>»» WD 7/19/2019 | Unsecured Creditors<br>No Disbursements: Withdrawn | $0.00 | $0.00 | $0.00 |
| 19 | QUICKEN LOANS INC<br>»» 678 HAWTHORNE AVE/ORDER 6/7/19 | Mortgage Arrears | $531.00 | $531.00 | $0.00 |

**SUMMARY**

Summary of all receipts and disbursements from date filed through 2/11/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $17,875.00 | Plan Balance: | $48,125.00 ** |
| Paid to Claims: | $15,437.11 | Current Monthly Payment: | $1,375.00 |
| Paid to Trustee: | $1,161.89 | Arrearages: | $0.00 |
| Funds on Hand: | $1,276.00 | Total Plan Base: | $66,000.00 |

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.russotrustee.com/epay for more information.**

- **View your case information online for *FREE*!  Register today at www.ndc.org.**

**\*\*This is an approximate balance.  Additional allowed claims and other variables may affect the amount to complete the plan.**