| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| PO Box 4853 | PO Box 933 |
| Trenton, NJ  08650-4853 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2021 to 02/03/2022
Chapter 13 Case No. 19-11107 / MBK

Barbara Christel

Petition Filed Date: 01/17/2019
341 Hearing Date: 02/14/2019
Confirmation Date: 07/09/2019

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/29/2021 | $1,375.00 | 74087500 | 02/16/2021 | $1,375.00 | 74544010 | 03/30/2021 | $1,375.00 | 75603260 |
| 04/26/2021 | $1,375.00 | 76188020 | 06/01/2021 | $1,375.00 | 77054870 | 06/24/2021 | $1,375.00 | 77618060 |
| 07/22/2021 | $1,375.00 | 78267680 | 08/26/2021 | $1,375.00 | 79022680 | 09/24/2021 | $1,375.00 | 79685530 |
| 10/13/2021 | $1,375.00 | 80120620 | 11/29/2021 | $1,375.00 | 81093670 | 12/28/2021 | $1,375.00 | 81642290 |
| 01/25/2022 | $1,375.00 | 82308750 | | | | | | |

**Total Receipts for the Period: $17,875.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $50,875.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Barbara Christel | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | Kirsten B. Ennis<br>»»  ATTY DISCLOSURE | Attorney Fees | $2,750.00 | $2,750.00 | $0.00 |
| 1 | AMERICAN EXPRESS NATIONAL BANK, AENB | Unsecured Creditors | $38,924.22 | $0.00 | $38,924.22 |
| 2 | QUICKEN LOANS INC<br>»» P/678 HAWTHORNE AVE/1ST MTG/ORDER 3/22/19 | Mortgage Arrears | $21,506.37 | $21,506.37 | $0.00 |
| 3 | U.S. DEPARTMENT OF EDUCATION<br>»»  STUDENT LOAN | Unsecured Creditors | $272,273.83 | $0.00 | $272,273.83 |
| 4 | INTERNAL REVENUE SERVICE<br>»»  2015,2018 | Priority Crediors | $33,670.13 | $21,028.96 | $12,641.17 |
| 5 | INTERNAL REVENUE SERVICE | Unsecured Creditors | $5,480.14 | $0.00 | $5,480.14 |
| 6 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $570.86 | $0.00 | $570.86 |
| 7 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $2,353.44 | $0.00 | $2,353.44 |
| 8 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $6,213.75 | $0.00 | $6,213.75 |
| 9 | ASHLEY FUNDING SERVICES, LLC<br>»»  LAB CORP | Unsecured Creditors | $66.91 | $0.00 | $66.91 |
| 10 | BENCHMARK FEDERAL CREDIT UNION<br>»»  2017 MERCEDES GLC | Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| 11 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»»  PROSPER | Unsecured Creditors | $8,620.04 | $0.00 | $8,620.04 |
| 12 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  ADVANTAGE AVIATOR BLUE | Unsecured Creditors | $8,695.96 | $0.00 | $8,695.96 |
| 13 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  TJX | Unsecured Creditors | $1,961.54 | $0.00 | $1,961.54 |

**Chapter 13 Case No. 19-11107 / MBK**

| | | | | | |
|---|---|---|---|---|---|
| 14 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  TJX | Unsecured Creditors | $374.66 | $0.00 | $374.66 |
| 15 | LVNV FUNDING LLC<br>»»  WEBBANK/PROSPER/RIVERNORTH | Unsecured Creditors | $12,075.72 | $0.00 | $12,075.72 |
| 16 | BENCHMARK FEDERAL CREDIT UNION<br>»»  PERSONAL LOAN | Unsecured Creditors | $14,185.75 | $0.00 | $14,185.75 |
| 17 | PROSPER MARKETPLACE INC.<br>»»  WD 5/22/2019 | Unsecured Creditors<br>No Disbursements: Withdrawn | $0.00 | $0.00 | $0.00 |
| 18 | PROSPER MARKETPLACE INC.<br>»»  WD 7/19/2019 | Unsecured Creditors<br>No Disbursements: Withdrawn | $0.00 | $0.00 | $0.00 |
| 19 | QUICKEN LOANS INC<br>»»  678 HAWTHORNE AVE/ORDER 6/7/19 | Mortgage Arrears | $531.00 | $531.00 | $0.00 |

### SUMMARY

Summary of all receipts and disbursements from date filed through 2/3/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $50,875.00 | Plan Balance: | $15,125.00 ** |
| Paid to Claims: | $45,816.33 | Current Monthly Payment: | $1,375.00 |
| Paid to Trustee: | $3,799.17 | Arrearages: | $0.00 |
| Funds on Hand: | $1,259.50 | Total Plan Base: | $66,000.00 |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.russotrustee.com/epay for more  information.**

View your case information online for *FREE*!  Register today at www.ndc.org or scan this code to get started.



**This is an approximate balance.  Additional allowed claims and other variables may affect the amount to complete the plan.