| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** | |
| Caption in Compliance with D.N.J. 9004-2(c)<br>**KIRSTEN B. ENNIS, LLC**<br>PO Box 5536<br>Clinton, NJ 08809<br>(908) 713-0345<br>kirsten@ennislegal.com<br><br>**Kirsten B. Ennis, Esq. (KE7927)**<br>Attorney for Barbara Christel, Debtors | |
| In re:<br><br>　　　Barbara Christel, Debtors | Case No.: 19-11107<br><br>Chapter 13<br><br>Judge: Hon. Michael B. Kaplan |

## WITHDRAWAL OF CERTIFICATION IN SUPPORT OF DISCHARGE

**PLEASE TAKE NOTICE** that the above named debtors, hereby withdraw the Debtor's Certification In Support of Discharge. (Doc 38).

　　　　　　　　　　　　　　　　　　　　　KIRSTEN B. ENNIS, LLC

Dated: January 10, 2023　　　　　　　　　/s/ Kirsten B. Ennis
　　　　　　　　　　　　　　　　　　　　　Kirsten B. Ennis Attorney for Debtor